**Electronically Filed
Supreme Court
SCWC-15-0000001
10-NOV-2016
08:00 AM**

SCWC-15-0000001

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

TEDDY MUNET,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000001; CR. NO. 12-1-1114)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Teddy Munet's

application for writ of certiorari filed on September 26, 2016,

is hereby rejected.

DATED:  Honolulu, Hawai'i, November 10, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson